ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

JORDAN MICHAEL PORTER

Criminal No.

**3-14CR-270-L**

## INDICTMENT

The Grand Jury Charges:

### Count One
### Enticement of a Minor
### (Violation of 18 U.S.C. § 2422(b))

From on or about June 8, 2014, through on or about June 25, 2014, in the Dallas

Division of the Northern District of Texas, and elsewhere, the defendant, **Jordan Michael**

**Porter,** using the Internet, a facility and means of interstate and foreign commerce,

knowingly persuaded, induced and enticed a 15-year-old girl to engage in sexual activity

for which the defendant could be charged with a criminal offense, specifically a violation

of Sec. 21.11, Texas Penal Code, that is, Indecency with a Child, which makes it a crime to

intentionally and knowingly, with a child under the age of 17, engage in sexual contact

with the child or cause the child to engage in sexual contact.

In violation of 18 U.S.C. § 2422(b).

**Indictment - Page 1**

## Count Two
Attempted Enticement of a Minor
(Violation of 18 U.S.C. § 1470)

From on or about June 22, 2014, through on or about July 2, 2014, in the Dallas Division of the Northern District of Texas, and elsewhere, the defendant, **Jordan Michael Porter,** using the Internet, a facility and means of interstate and foreign commerce, knowingly attempted to persuade, induce and entice a 15-year-old girl to engage in sexual activity for which the defendant could be charged with a criminal offense, specifically a violation of Sec. 21.11, Texas Penal Code, that is, Indecency with a Child, which makes it a crime to intentionally and knowingly, with a child under the age of 17, engage in sexual contact with the child or cause the child to engage in sexual contact.

## Notice of Forfeiture
(18 U.S.C. § 2428)

Upon conviction for either of the offenses alleged in this Indictment and pursuant to 18 U.S.C. § 2428(a), the defendant, **Jordan Michael Porter**, shall forfeit any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the respective offense; and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the respective offense.  This property includes, but is not limited to, the following:

1. IPhone 4:  S/N dx4kfwaydpon     IMEI: 013266001643842
2. Samsung CE0168 Tablet; model: GT-P51132W; S/N: RF2D714186N

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8809
Camille.Sparks@usdoj.gov

**Indictment - Page 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

VS.

JORDAN MICHAEL PORTER (01)

---

### INDICTMENT

18 U.S.C. § 2422(b)
Enticement of a Minor

18 U.S.C. § 1470
Attempted Enticement of a Minor

18 U.S.C. § 2428
Forfeiture Notice

---

A true bill rendered:

FORT WORTH                                        FOREPERSON

Filed in open court this 9th day of July, A.D. 2014.

---

Warrant to Issue

UNITED STATES MAGISTRATE JUDGE