ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
JAN 27 AM 9:43

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. 3:14-CR-270-L |
|---|---|
| v. | |
| JORDAN MICHAEL PORTER | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

### Count One
### Receipt of Child Pornography
### (Violation of 18 U.S.C. § 2252A(a)(2))

On or about June 8, 2014, in the Dallas Division of the Northern District of Texas, the defendant, **Jordan Michael Porter**, knowingly received child pornography that had been mailed, shipped, and transported in interstate commerce by any means, including by computer, by receiving email containing visual depictions of a minor engaged in sexually explicit conduct or the lewd and lascivious exhibition of the genitals as defined in 18 U.S.C. § 2256, in violation of 18 U.S.C. § 2252A(a)(2).

Specifically, Porter knowingly received child pornography on his email account and the Internet, from another, including the following image files:

| Image: | Description |
|---|---|
| Photo Number One | Lewd and lascivious still image of a minor girl dressed only in a hooded towel with the hood on her head. She is standing up holding one of her breasts. Her genitals |

Information-Page 1

|  | are exposed in the photo. |
|---|---|
| Photo Number Two | Lewd and lascivious still image of a minor girl dressed only in a hooded towel. The towel has a hood that is on her head but her breasts and genitals are exposed. |

In violation of 18 U.S.C. § 2252A(a)(2).

Notice of Forfeiture
(18 U.S.C. § 2253(a)(1) and (3))

Upon conviction of any of the offenses alleged in this Information and pursuant to 18 U.S.C. § 2253; (a) the defendant, **Jordan Michael Porter,** shall forfeit any visual depiction described in 18 U.S.C. § 2252 and § 2252A, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, the following:

<u>Personal Property</u>

1) IPhone 4, s/n dx4kfwaydpon, IMEI: 013266001643842; and

2) Samsung CE0168 tablet, model: GT-P51132W, s/n RF2D714186N

seized from Porter on July 2, 2014.

                              JOHN R. PARKER
                              ACTING UNITED STATES ATTORNEY

                              /s/ Camille E. Sparks
                              CAMILLE E. SPARKS
                              Assistant United States Attorney
                              Texas State Bar No. 00790878
                              1100 Commerce Street, Third Floor
                              Dallas, Texas   75242-1699
                              Telephone: 214.659.8600
                              Facsimile: 214.659.8805
                              Camille.Sparks@usdoj.gov