ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. 3:14-CR-270-L |
|---|---|
| v. | |
| JORDAN MICHAEL PORTER | |

## FACTUAL RESUME

Jordan Michael Porter, (the defendant), Jeff King, (the defendant's attorney), and the United States of America, (the government) agree to the law and facts as follows:

### ELEMENTS OF THE OFFENSE

Count One
Receipt of Child Pornography
(Violation of 18 U.S.C. §2252A(a)(2))

In order to prove the offense as alleged in Count One of the Superseding Information, the government must prove each of the following elements beyond a reasonable doubt:

*First*: That the defendant knowingly received child pornography as alleged in the Superseding Information; and

*Second*: That the child pornography had been mailed, or shipped, or transported in interstate or foreign commerce by any means, including by computer.

Factual Resume - Page 1

## STIPULATED FACTS

1.     On or about June 8, 2014, in the Dallas Division of the Northern District of Texas, the defendant, **Jordan Michael Porter**, knowingly received child pornography that had been mailed, shipped, and transported in interstate commerce by any means, including by computer, by receiving email containing visual depictions of a minor engaged in sexually explicit conduct or the lewd and lascivious exhibition of the genitals as defined in 18 U.S.C. § 2256, in violation of 18 U.S.C. § 2252A(a)(2).

Specifically, Porter knowingly received child pornography on his email account and the Internet, from another, including the following image files:

| Image: | Description |
|---|---|
| Photo Number One | Lewd and lascivious still image of a minor girl dressed only in a hooded towel with the hood on her head.  She is standing up holding one of her breasts.  Her genitals are exposed in the photo. |
| Photo Number Two | Lewd and lascivious still image of a minor girl dressed only in a hooded towel.  The towel has a hood that is on her head but her breasts and genitals are exposed. |

2.     The investigation began when the step-father of a minor girl found a photo of the minor girl and a man kissing in a photo booth.  The photo had a link to where you could buy a video of the occasion.  The step-father looked at the video and recognized his 15-year-old step-daughter kissing what looked to be someone much older.  The step-father questioned her about it and she admitted that she had met 28-year-old Jordan Michael

Porter a few weeks before on-line.  The step-father reported it to the police to investigate.

3.  Detective Tony Godwin was assigned the case.  He spoke to the minor girl and found that she had been speaking to Porter since the beginning of June using text, email and phone calls.  They also video chatted using an application called OOVOO.  She said they had met in person on four previous occasions.  Detective Godwin took over the minor's account.  In the chats, Porter discussed previous sexual activities that Porter and the minor had engaged in, and asked that they meet again.  Detective Godwin, while still using the minor's persona, agreed to meet Porter at the usual place on July 2, 2014.

4.  Porter arrived in Garland, Texas, to meet the minor girl.  He was arrested and brought to the Garland Police Department and agreed to speak to Detective Godwin after he was Mirandized.  He told Detective Godwin that he used a website called Meow to meet people and that is how he met the minor girl.  They began communicating and Porter realized she was 15, but they continued to chat.  They exchanged email and photos.  He admitted that she sent photos of herself wearing a bathrobe and that you could see her "privates," meaning her genitals.  He stated that he and the girl met on four different occasions.  On three of those occasions they had sexual intercourse.

5.  Porter agrees and stipulates that on or about June 8, 2014, the minor girl, using her email account and the Internet, sent Porter several photos of herself in a yellow towel with a hood.  The towel was open exposing her genitals and breasts in some of the

**Factual Resume - Page 3**

photos.   Included in the photos were the two photos described in the Superseding Information for which Porter is pleading guilty.   The government agrees and stipulates that there is no corroborated evidence that Porter asked the minor girl to produce the child pornography photos sent to Porter.   However, Porter does admit that he knowingly received the child pornography images on his email account and that he did not delete the child pornography photos from his phone.   He admits that the images depict the lewd and lascivious exhibition of the genitals of an actual minor girl.   The minor girl sent them using the internet and email while she was in the Northern District of Texas.

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

JORDAN MICHAEL PORTER
Defendant

JEFF KING
Attorney at Law
Texas Bar No. 24038039

CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone:   214.659.8600
Facsimile: 214.659.8805
Email:   Camille.Sparks@usdoj.gov