ORIGINAL

Tremaine Porter 48376-177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

September 28, 2016

Office of the Clerk
Northern District of Texas
1100 Commerce St. Room 1452
Dallas, TX 75242

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 7 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## Affidavit of Facts

1.) On September 21, 2015 Federal Judge Sam A. Lindsey openly said, "I think we might have a diffrent victim here, I think Mr. Porter is the victim in this case."

2.) On September 21, 2015 Federal Judge Sam A. Lindsey wanted Baillie Finneran to come in and testify. So a new courtdate was set for October 28, 2015

3.) On October 28, 2015 Federal Judge Sam A. Lindsey openly said in court, "After speaking with the victim's father, the father said if he would

not have Intervened this could have continuted." This was an assumption on his part.

4) Judge Sam A. Lindsey used ex parte communacations to sway his decision.

5) Judge Sam A. Lindsey acted as a active investigator.

6) Judge Sam A. Lindsey violated my 5th, 14th, and 15th Amendment by violating due process of law.

7) I had an evaluation done showing that my mental and physical age are two diffrent things. Judge Sam A. Lindsey threw it out saying he did not believe this doctor.

8) I am not getting medications that were court ordered in January 27, 2015

9) I was beaten up in Kaufman County Jail in November 2014 because someone found out my case.

10.) I have been beaten up in FCI El Reno on July 28, 2016 because of my case.

11.) Judge Sam A. Lindsey violated artical 3 of the United States Constitution.

12.) Federal Correctional Institution El Reno will not give me a BP-9. Violating my 1st Amendment Right to petition the government for a redress of grievance.

Thank you for your time & Consideration
Sincerely & Respectfully

Jordan Michael Porter 48376-177

I declare under penalty of perjury that all the forgoing is true and correct to the best of my knowledge.





Jordan Porter 48376-177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

OKLAHOMA CITY OK 730
04 OCT 2016 PM 5 L

Office of the Clerk
Northern District of Texas
1100 Commerce St. Room 1452
Dallas, TX 75242

RECEIVED-3
OCT -7 2016
MAILROOM

75242-1310052